AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maine

SCANNED

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2012 MAY 18 A 8:40
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Jonathan Fenton<br><br>Defendant(s) | Case No.  12-mj-90-JHR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 7, 2010 to July 7, 2011  in the county of  Cumberland  in the _____ District of  Maine , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. §2252A(a)(5)(b) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit of Patrick M. Clancy

☑ Continued on the attached sheet.

_____
Complainant's signature

Patrick M. Clancy, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/17/2012

_____
Judge's signature

City and state:  Portland, Maine

John H. Rich III, U.S. Magistrate Judge
*Printed name and title*