SCANNED

U.S. DISTRICT COURT
RECEIVED AND MAINE

2012 MAY 18 A 8: 40

DEPUTY CLERK

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**Introduction**

I, Patrick M. Clancy (hereinafter referred to as Affiant), Special Agent (SA), Federal Bureau of Investigation (FBI), Boston Division, Portland, Maine, Resident Agency, being duly sworn, state:

1) Affiant submits this affidavit in support of a criminal complaint against Jonathan C. Fenton, born in October of 1987, Social Security account number XXX-XX-1702, on the grounds that there is probable cause to believe that on about July 7, 2011 he did possess images depicting minors engaging in sexually explicit conduct in violation of Title 18, United States Code, Section 2252A(a)(5)(b) and on a date unknown, but no later than approximately January 7, 2010 to about July 7, 2011, he did transport images depicting minors engaging in sexually explicit conduct in violation of Title 18, United States Code, Sections 2252A(a)(1).

2) Affiant has been employed as a Special Agent of the FBI for approximately eight years. Affiant has been involved primarily in criminal investigations concerning violations of federal laws. Among the investigative matters to which Affiant has been assigned are those matters involving what is commonly referred to as child pornography.

3) This investigation is being conducted by the FBI. This affidavit is based on Affiant's investigative experience, as well as the experiences of other agents and investigators working with Affiant, who have also provided information contained herein. This affidavit is not intended to include each and every fact and matter known to the government. All information in this affidavit is true and correct to the best of Affiant's knowledge and belief.

1

## Reason for Affidavit and Summary of Probable Cause

4) Reference is hereby made to an Affidavit in Support of an Application for a Warrant to Search and Seize, sworn to by Affiant July 6, 2011, see 11-mj-111-JHR. This Affidavit is attached and incorporated by reference herein. A Search Warrant granted pursuant to said application authorized the search of premises located at 198 Concord Street, Portland, Maine. The Search Warrant was executed on July 7, 2011.

5) During the execution of the Search Warrant, Affiant interviewed Jonathan C. Fenton. Fenton admitted possessing child pornography on his computer and storage media and trading child pornography via the internet. Fenton further disclosed that a search of the computer and storage media in Fenton's room at 198 Concord Street, Portland, Maine, would reveal child pornography. Fenton characterized the amount of child pornography that would be found on storage media in Fenton's room as "significant." Fenton admitted that he sent and received images of child pornography over the internet, including on programs such as Skype and Gigatribe. Gigatribe is a P2P software program. Fenton stated that he believes he traded child pornography with people in different countries and that he first became involved in child pornography about one and one-half years prior to July 7, 2011.

6) Several items of evidence were seized during the execution of the Search Warrant, including a laptop computer and two external hard drives located in Fenton's Room. The computer was a Lenovo ThinkPad type 2746-CT0 laptop computer, bearing serial # L3-4627 and the two external hard drives were a Maxtor External Hard drive, bearing serial number UA06VNC and a Lacie External Hard drive, bearing number N2870.

7) Affiant has reviewed materials stored on the computer and storage media seized from Fenton's room. The review revealed thousands of images and hundreds of videos depicting children engaging in sexually conduct, including, but not limited to a video which appears to Affiant to be the same as the video referenced in paragraph 9(c) of the aforementioned Affidavit in Support of an Application for a Warrant to Search and Seize, 11-mj-111-JHR.

8) On May 17, 2012, Affiant observed an FBI Child/Adolescent Forensic Interviewer interview an individual under the age of 18. The individual advised that, possibly as recently as May of 2012, Fenton sent a picture of Fenton's penis to the individual. The individual indicated, however, that this information was based on Fenton's characterization of the contents of the picture as the individual was not able to view the picture. The individual also advised that Fenton has asked the individual about meeting freshman students at the individual's high school. The individual also advised that he thought he had sent Fenton pictures of the individual's penis, but that the individual could not remember when that occurred.

## Conclusion

Based upon the above, Affiant submits there is probable cause to believe that Jonathan C. Fenton has violated Title 18, United States Code, Sections 2252A(a)(1) and 2522A(a)(5)(b). Affiant respectfully requests that an arrest warrant be issued for Jonathan C. Fenton, born in October of 1987, Social Security account number XXX-XX-1702.

WHEREFORE, Affiant prays that a criminal complaint and arrest warrant be issued pertaining to violations of Title 18, United States Code, Sections 2252A(a)(1) and 2522A(a)(5)(b).

Dated at Portland, Maine this 17th day of May, 2012.

Patrick M. Clancy, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 17th day of May, 2012

John H. Rich III
United States Magistrate Judge