## ATTACHMENT A

The residence of John P. and Linda A. Fenton located at 198 Concord Street in Portland, Maine, described as a multi-story building with white siding, black shutters, grey roof, and the numbers 198 above the stairs leading up to the front door. Adjacent to the residence is a white detached garage. The premises to be searched include the residence, any outbuildings, and any motor vehicles registered to or under the dominion and control of John P. Fenton or Linda A. Fenton parked at the residence. Attached is a photograph of the residence marked as Exhibit 3 (the "PREMISES").