SCANNED



Exhibit 3

198 Concord Street, Portland, Maine