UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2012 SEP 14 A 11: 56

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 2:12-CR-152-NT |
| v. ) | (18 U.S.C. §§ 2252A(a)(1), (b)(1); |
| ) | 2252A(a)(5)(B); 2256(8)(A)) |
| JONATHAN FENTON ) | |

## INFORMATION

The United States Attorney Charges:

### COUNT ONE
(Transportation of Child Pornography)

On about April 13, 2011, in the District of Maine, the defendant,

**JONATHAN FENTON**

knowingly transported and shipped child pornography by computer in and affecting interstate and foreign commerce. Specifically, **FENTON** used a computer and the internet to transport and ship digital images the production of which involved minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1) and 2256(8)(A).

Dated: September 12, 2012

Stacey D. Neumann
Assistant United States Attorney