2:12-CR-152-NT

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2012 SEP 14  A 11: 56

DEPUTY CLERK

## Synopsis

| Name: | | JONATHAN FENTON |
|---|---|---|
| Address: (City & State Only) | | Portland, Maine |
| Year of Birth and Age: | | 1987; 24 |
| Violations: | Count 1: | 18 U.S.C. §2251(a)(1); Transportation of Child Pornography |
| Penalties: | Count 1: | Not less than five (5) years and not more than twenty (20) years imprisonment, not more than $250,000, or both; 18 U.S.C. § 2252A(b)(1); ); Class C Felony; 18 U.S.C. § 3559(a)(3) |
| Supervised Release: | Count 1: | Not less than five (5) years, not more than Life; 18 U.S.C § 3583(k) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Counts 1: | Not more than two (2) years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Counts 1: | Not less than five (5) years, not more than Life. |
| Defendant's Attorney: | | David Beneman, Esq. |
| | | FBI; Patrick M. Clancy |
| Detention Status: | | Not Detained |
| Foreign National: | | No |
| Foreign Consular Notification Provided: | | N/A |
| County: | | Cumberland |
| AUSA: | | Stacey D. Neumann |

| | | |
|---|---|---|
| **Guidelines apply?   Y/N** | | Yes |
| **Victim Case:** | | Yes |
| **Corporate Victims Owed Restitution:** | | None |
| **Assessments:** | | $100 |